UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CHARLES A. BENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO. 1:16-CV-362 WL |
| v. ) | |
| ) | |
| ALLEN COUNTY JAIL, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

OPINION AND ORDER

Charles A. Benson, a *pro se* prisoner, filed an amended complaint containing two groups of unrelated claims. In short, they can be described as a conditions of confinement claims and excessive force claims. It was originally alleged that all these claims were committed by the same defendants. ECF 1 at 3. Benson now alleges Sgt. Knox is the one who subjected him to unconstitutional conditions of confinement on May 8, 2016, and Lt. Purden, Jail Commander Charles Hart, Ofc. Myers and Ofc. Warsey used excessive force against him on May 13, 2016. ECF 13 at 3-4.

Though it is possible to join more than one claim and more than one defendant in a single lawsuit, "[u]nrelated claims against different defendants belong in different suits . . .." *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). Here, it appears that the only thing that connects these claims is that each occurred at the Allen County Jail. But the claims are not dependant upon, or related to, the other. They involve different defendants, different incidents that took place on separate dates, and involve different sets of operative facts. Thus, these claims do not belong in the same lawsuit. Therefore, this complaint will be stricken and Benson will be permitted to file a single amended complaint under this cause number asserting only related claims. If he wants to bring the

1

other, unrelated claims, he needs to file a new lawsuit.

Regardless of which claim he decides to pursue in this case, he must explain in his own words what happened, where it happened, when it happened, and who was involved – providing as much detail as possible. He must also explain how each named defendant was personally involved in the violation of his rights.

For these reasons, the amended complaint (ECF 13) is **STRICKEN**. The clerk is **DIRECTED** to place this cause number on a blank Prisoner Complaint (INND Rev. 8/16) and send it to Charles A. Benson who is granted until August 14, 2017, to file an amended complaint containing related claims on that form. He is **CAUTIONED** that if he does not respond by that deadline, this case will be dismissed without further notice.

SO ORDERED.

ENTERED: July 17, 2017

                                                  s/William C. Lee
                                                  William C. Lee, Judge
                                                  United States District Court